PEOPLE ex rel. SCHMADEKE, Respondent, v. PURDY et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Proceeding by the People of the State of New York, on the relation of John F. Schmadeke, against Lawson Purdy and others. (Taxes of 1913.) No opinion. Order affirmed, with $10 costs and disbursements. We find no prejudicial error in the admission of evidence.

PEOPLE ex rel. SHEEHAN v. WALDO. (Supreme Court, Appellate Division, First Department. December 4, 1914.) Proceeding by the People of the State of New York, on the relation of William E. Sheehan, against Rhinelander Waldo, as Commissioner. A. Coblitz, of New York City, for relator. T. Farley, of New York City, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. SMITH v. WALDO. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Proceeding by the People of the State of New York, on the relation of William A. Smith, against Rhinelander Waldo, as Commissioner. Grant & Rouss, of New York City, for relator. T. Farley, of New York City, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. SMITH v. WOODS. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Proceeding by the People of the State of New York, on the relation of Albert E. Smith, against Arthur Woods, as Commissioner. F. J. Sullivan, of New York City, for relator. T. Farley, of New York City, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. STRONG, Respondent, v. HART et al., Assessors, Appellants. (Supreme Court, Appellate Division, Fourth Department. December 2, 1914.) Proceeding by the People of the State of New York, on the relation of Helen G. Strong against Matthew F. Hart and others, as Assessors, etc.

PER CURIAM. Final order affirmed, with $10 costs and disbursements. Held, the evidence supports the findings of the trial court as to the fair market value of the relator's land in one parcel as it is owned and occupied. The value of the separate lots into which the whole is capable of subdivision is not controlling or material, further than it may affect the market value of the whole as one property.

KRUSE, P. J., not sitting.

PEOPLE ex rel. SULLIVAN v. WALDO. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Proceeding by the People of the State of New York, on the relation of Daniel D. Sullivan, against Rhinelander Waldo, as Commissioner. L. N. Martin, of New York City, for relator. T. Farley, of New York City, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. TRAYNOR, Appellant, v. WALDO, Police Com'r, Respondent. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Proceeding by the People of the State of New York, on the relation of James B. Traynor, against Rhinelander Waldo, as Police Commissioner, etc. A. J. Talley, of New York City, for appellant. E. C. Kindleberger, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. TRUSTEES OF LEAKE & WATTS ORPHAN HOUSE IN CITY OF NEW YORK, Respondents, v. NEVILLE et al., City Assessors, Appellants. (Supreme Court, Appellate Division, Second Department. November 13, 1914.) Proceeding by the People of the State of New York, on the relation of the Trustees of the Leake & Watts Orphan House in the City of New York, against Robert H. Neville and others, Assessors of the City of Yonkers for 1914. No opinion. Judgment affirmed by default, with costs. See, also, 149 N. Y. Supp. 1105.

PEOPLE ex rel. WALZ v. McKAY. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Proceeding by the People of the State of New York, on the relation of Reinhardt P. Walz, against Douglas I. McKay, as Commissioner. No opinion. Motion granted, with $10 costs. Order filed.

PEOPLE ex rel. WOLFE v. WALDO. (Supreme Court, Appellate Division, First Department. November 20, 1914.) Proceeding by the People of the State of New York, on the relation of Edward C. Wolfe, against Rhinelander Waldo, as Commissioner, etc. H. Crone, of New York City, for relator. T. Farley, of New York City, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with $50 costs and disbursements. Order filed.

PERLEY, Respondent, v. WILLIAMS, Appellant. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Action by Frank L. Perley against Thomas Williams. A. Benedict, of New York City, for appellant. F. Bien, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.